818

No. 74–6442. Thomas *v.* Hogan, Warden;

No. 74–6713. Lawrence *v.* Henderson, Warden, et al.;

No. 75–5029. Harding *v.* Warden, Maryland Penitentiary;

No. 75–5228. Glass *v.* Gagnon, Warden;

No. 75–5229. Hargraves *v.* Gagnon, Warden;

No. 75–5230. Williams *v.* Gagnon, Warden;

No. 75–5231. Craig *v.* Gagnon, Warden;

No. 75–5232. Gonzales *v.* Gagnon, Warden; and

No. 75–5302. Orbiz *v.* United States. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–6335. Arnold *v.* Lauf, Records Clerk, Missouri State Prison;

No. 74–6524. Johnson *v.* United States District Court for the District of Nebraska;

No. 74–6577. Theriault *v.* Pittman, Chief Judge, U. S. District Court, et al.;

No. 74–6588. Cozzetti *v.* United States District Court for the District of Nevada et al.;

No. 74–6684. Sturgeon *v.* McManus, Judge; and

No. 75–5102. Henry *v.* Gladden, Judge. Motions for leave to file petitions for writs of mandamus denied.

No. 74–1455. Tyree *v.* Commissioner of Patents et al. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 74–6701. Cook *v.* United States District Court for the Eastern District of Louisiana et al. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 74–1488. Secretary of the Interior *v.* New Mexico et al. Appeal from D. C. N. M. Probable jurisdiction noted.